THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BEAN, Also Known as HENRY BEHANE, Appellant.— The order denying defendant's application for a writ of error *coram nobis* was entered in the Franklin County Clerk's office June 18, 1953. The motion now made is in form an application for permission to " serve the necessary notice of appeal ". We have no power to enlarge the time to take the appeal. The previous order of this court granting permission to prosecute the appeal as a poor person was necessarily based on the assumption that an appeal had been timely taken. Motion denied, without prejudice to any further application the appellant may make in the County Court or otherwise. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CURTIS HARDIN, Appellant.— Motion by relator for leave to prosecute appeal as a poor person. Motion granted, and the appeal may be perfected on five typewritten copies of the record and brief. The application to assign counsel upon this appeal is denied in accordance with the usual practice of the court since the proceeding is a civil one. The brief of appellant need contain merely a simple statement of the reasons why he contends the order should be reversed. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of ANGELA CHIGNOLA, Respondent, against A. TOZZINI TILE WORKS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Stay continued if appellant applies within ten days after the entry of the order herein to the Court of Appeals for leave to appeal to that court. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 787.]

In the Matter of the Claim of CHARLOTTE V. MONIOT, Respondent, against EMPIRE STATE WINE Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 899.]

In the Matter of the Claim of GEORGE STONE, Appellant, against COHEN BROS. & SONS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to amend decision and order of this court granted and decision and order amended to read as follows: Decision of the Workmen's Compensation Board reversed, on the law, with costs to the appellant against the respondents Cohen Bros. & Sons and The Employers Mutual Insurance Company of Wisconsin, and the case remitted to the board for further proceedings not inconsistent with the memorandum. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 900.]